**Order entered February 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01581-CV

## IN THE INTEREST OF M.S.C. AND F.L.C., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 02-18056**

## ORDER

Before the Court is appellant's counsel's firm, KoonsFuller, P.C.'s, February 4, 2015,

motion to withdraw as counsel for appellant, Rachel Jara Ward. We **GRANT** the motion and

**DIRECT** the Clerk to remove KoonsFuller, P.C. and Ashley McDowell as counsel of record for

Rachel Jara Ward and substitute Melissa G. Thrailkill at the following address:

Melissa G. Thrailkill
P.O. Box 5206
Dallas, Texas 75208

/s/    CRAIG STODDART
       JUSTICE